UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILLY RAY DUPREE, a single woman,<br><br>        Plaintiff,<br><br>       v.<br><br>SPOKANE COUNTY, a municipal corporation, and BERNARD BAUMGARDNER, III,<br><br>        Defendants. | NO. CV-08-0027-EFS<br><br>**ORDER OF DISMISSAL** |

    By Stipulation filed January 21, 2010 (Ct. Rec. 29), the parties advised the Court that the above-captioned matter should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

    Therefore, **IT IS ORDERED**:

    1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees or costs to either party;

    2. All pending trial and hearing dates are stricken;

    3. All pending motions are denied as moot; and

ORDER * 1

4. This file shall be closed.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this   22nd   day of January 2010.


                            s/Edward F. Shea
                            EDWARD F. SHEA
                       United States District Judge

Q:\Civil\2008\27.Stip.Dismiss.wpd

ORDER * 2